ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Dr.,
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendant*
*Nevada Gold Mines, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KYLE WIEBEN and AUSTIN STOCKSTILL, Individually and on Behalf of Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NEVADA GOLD MINES LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No.: 2:24-cv-1975-RFB-DJA<br><br>**AMENDED STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT NEVADA GOLD MINES LLC TO FILE ITS RESPONSIVE PLEADING TO PLAINTIFFS' ORIGINAL CLASS AND COLLECTIVE ACTION COMPLAINT** |

**COMES NOW**, Defendant Nevada Gold Mines LLC ("NGM"), by and through its undersigned counsel of record, and Plaintiffs Kyle Wieben and Austin Stockstill, by and through their undersigned counsel of record, hereby stipulate and agree that that the responsive pleading deadline for NGM, which is currently set for November 21, 2024, be extended for a period of two (2) weeks, until Thursday, December 5, 2024. This extension is needed to permit counsel for NGM to investigate Plaintiffs' claims and prepare a responsive pleading.

/ / /

/ / /

/ / /

Page 1 of 3

This is the Parties' first stipulation for an extension for NGM to respond to Plaintiffs' complaint. This Stipulation was prepared by counsel for Defendant with the consent of Plaintiff and is made in good faith and not for purposes of delay.

Dated: November 20, 2024							Dated: November 20, 2024

**RODRIGUEZ LAW OFFICES, PC.**				**SIMONS HALL JOHNSTON PC**

/s/  Esther C. Rodriguez						/s/ Jonathan A. McGuire

ESTHER C. RODRIGUEZ						ANTHONY L. HALL, ESQ.
10161 Park Run Drive, Ste. 150					JONATHAN A. MCGUIRE, ESQ.
Las Vegas, Nevada 89145						690 Sierra Rose Drive
									Reno, Nevada 89511

*Counsel for Plaintiffs*						*Counsel for Defendant*
									*Nevada Gold Mines, LLC*

## ORDER

**IT IS SO ORDERED.**

Dated this   21st   day of   November   2024.



Daniel J. Albregts
United States Magistrate Judge

**SIMONS HALL JOHNSTON PC**
690 Sierra Rose Drive
Reno, NV 89511
Phone: (775) 785-0088

# CERTIFICATE OF SERVICE

I, Terri Tribble, declare:

I am employed in the City of Reno, County of Washoe, State of Nevada by the law offices of Simons Hall Johnston PC. My business address is 690 Sierra Rose Dr., Reno, NV 89511. I am over the age of 18 years and not a party to this action.

On the below date, I served the foregoing **AMENDED STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT NEVADA GOLD MINES LLC TO FILE IT'S RESPONSIVE PLEADING TO PLAINTIFFS' ORIGINAL CLASS AND COLLECTIVE ACTION COMPLAINT** by causing the document to be served via electronic service through the Court's CM ECF electronic filing system, addressed as follows:

Esther C. Rodriguez
Rodriguez Law Offices, P.C.
10161 Park Run Drive, Ste. 150
Las Vegas, NV 89145
info@rodriguezlaw.com
(702) 320-8400

Michael A. Josephson
Andrew W. Dunlap
Josephson Dunlap LLP
11 Greenway Plaza, Ste 3050
Houston, TX 77046
mjosephson@mybackwages.com
adunlap@mybackwages.com
(713) 352-1100

Richard J. Burch
Bruckner Burch PLLC
11 Greenway Plaza, Ste. 3025
Houston, TX 77046
rburch@brucknerburch.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on November 20, 2024.

                    /s/ *Terri Tribble*
                    Employee of Simons Hall Johnston