ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Dr.,
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendant*
*Nevada Gold Mines, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KYLE WIEBEN and AUSTIN STOCKSTILL, Individually and on Behalf of Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NEVADA GOLD MINES LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No.: 3:24-cv-00575-MMD-CSD<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |

**COMES NOW**, Defendant Nevada Gold Mines LLC ("NGM"), by and through its undersigned counsel of record, and Plaintiffs Kyle Wieben and Austin Stockstill ("Plaintiffs"), by and through their undersigned counsel of record, hereby stipulate and agree that that the responsive pleading deadline for Plaintiffs' Opposition to NGM's Motion to Dismiss, which is currently set for December 19, 2024, be extended until Monday, December 30, 2024.

Additionally, parties hereby stipulate and agree that the responsive pleading deadline for NGM's Reply in Support of the Motion to Dismiss be extended until Friday, January 10, 2025.

The local counsel for NGM understands that it is not necessary to file this Stipulation, however out of an abundance of caution, counsel would like to file this Stipulation.

This Stipulation was prepared by counsel for Defendant with the consent of Plaintiff and is made in good faith and not for purposes of delay.

Dated: December 19, 2024                                           Dated: December 19, 2024

**BRUCKNER BURCH PLLC**
**RODRIGUEZ LAW OFFICES, PC.**                    **SIMONS HALL JOHNSTON PC**

/s/ Richard J. Burch                                                    /s/ Anthony L. Hall

RICHARD J. BURCH                                                ANTHONY L. HALL, ESQ.
ESTHER C. RODRIGUEZ                                         JONATHAN A. MCGUIRE, ESQ.
10161 Park Run Drive, Ste. 150                              690 Sierra Rose Drive
Las Vegas, Nevada 89145                                       Reno, Nevada 89511

*Counsel for Plaintiffs*                                              *Counsel for Defendant*
                                                                                   *Nevada Gold Mines, LLC*

**ORDER**

**IT IS SO ORDERED.**

Dated this 20th day of December 2024.

_____
U.S. District Judge

# CERTIFICATE OF SERVICE

I, Terri Tribble, declare:

I am employed in the City of Reno, County of Washoe, State of Nevada by the law offices of Simons Hall Johnston PC. My business address is 690 Sierra Rose Dr., Reno, NV 89511. I am over the age of 18 years and not a party to this action.

On the below date, I served the foregoing **STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** by causing the document to be served via electronic service through the Court's CM ECF electronic filing system, addressed as follows:

Esther C. Rodriguez
Rodriguez Law Offices, P.C.
10161 Park Run Drive, Ste. 150
Las Vegas, NV 89145
info@rodriguezlaw.com
(702) 320-8400

Michael A. Josephson
Andrew W. Dunlap
Josephson Dunlap LLP
11 Greenway Plaza, Ste 3050
Houston, TX 77046
mjosephson@mybackwages.com
adunlap@mybackwages.com
(713) 352-1100

Richard J. Burch
Bruckner Burch PLLC
11 Greenway Plaza, Ste. 3025
Houston, TX 77046
rburch@brucknerburch.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on December 19, 2024.

/s/ *Terri Tribble*
Employee of Simons Hall Johnston