Esther C. Rodriguez
Nevada State Bar No. 006473
**RODRIGUEZ LAW OFFICES, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
esther@rodriguezlaw.com

Richard J. (Rex) Burch (*Pro Hac Vice*)
Texas State Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Tel: (713) 877-8788
rburch@brucknerburch.com

Michael A. Josephson (*Pro Hac Vice*)
Texas State Bar No. 24014780
Travis J. Grefenstette (*Pro Hac Vice*)
Texas State Bar No. 24120866
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100; Fax: (713) 352-3300
mjosephson@mybackwages.com
rschreiber@mybackwages.com
tgrefenstette@mybackwages.com

*Counsel for Plaintiffs and the Hourly Employees*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KYLE WIEBEN and AUSTIN STOCKSTILL, Individually and for Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEVADA GOLD MINES LLC,<br><br>Defendant. | Case No. 3:24-cv-000575-MMD-CSD<br><br>**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANT'S PARTIAL MOTION TO DISMISS**<br>**(FIRST REQUEST)** |

Plaintiffs Kyle Wieben and Austin Stockstill, by and through their undersigned counsel of record, and Defendant Nevada Gold Mines LLC ("NGM"), by and through its undersigned counsel of record, hereby stipulate and agree that the responsive deadline for Plaintiffs' Opposition to NGM's Partial Motion to Dismiss, which is currently set for August 8, 2025, be extended until Friday, August 15, 2025. This is the first stipulation for extension of time to file this response.

This stipulation was prepared by counsel for the Plaintiffs with the consent of the Defendant and is made in good faith and not for the purpose of delay.

Dated: August 7, 2025

| | |
|---|---|
| **SIMMONS HALL JOHNSTON PC**<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP** | **RODRIGUEZ LAW OFFICES P.C.**<br>**JOSEPHSON DUNLAP LLP**<br>**BRUCKNER BURCH PLLC** |
| */s/ Anthony Hall (by permission)*<br>Anthony L. Hall, Esq.<br>Jonathan A. McGuire, Esq.<br>Stephen Q. Wood<br>Alexander S. Allred<br>690 Sierra Rose Drive<br>Reno, Nevada 89511 | */s/ Travis Grefenstette*<br>Esther C. Rodriguez (Nev. SBN 006473)<br>Michael A. Josephson<br>Travis A. Grefenstette<br>Richard J. (Rex) Burch<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145 |
| *Counsel for Defendant Nevada Gold Mines LLC* | *Counsel for Plaintiffs & the Hourly Employees* |

**ORDER**

**IT IS SO ORDERED.**

Dated this <u>7th</u> day of August, 2025

_____
U.S. District Judge

# CERTIFICATE OF SERVICE

I, Keionna Dickson, declare:

I am employed in the City of Houston, County of Harris, State of Texas by the law offices of Josephson Dunlap, LLP. My business address is 11 Greenway Plaza, Ste 3050, Houston, Texas 77406. I am over the age of 18 years and not a party to this action.

On the below date, I served the foregoing **JOINT STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANT'S PARTIAL MOTION TO DISMISS** by causing the document to be served via electronic service through the Court's CM ECF electronic filing system, addressed as follows:

Anthony L. Hall, Esq.
Jonathan A. McGuire, Esq.
**SIMONS HALL JOHNSTON PC**
690 Sierra Rose Dr.,
Reno, Nevada 89511
AHall@SHJNevada.com
JMcGuire@SHJNevada.com

Stephen Q. Wood
Alexander S. Allred
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
2755 E. Cottonwood Parkway, Suite 520
Salt Lake City, Utah 84121
stephenwood@quinnemanuel.com
alexallred@quinnemanuel.com

*Attorneys for Defendant*
*Nevada Gold Mines, LLC*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on August 7, 2025.

                                               */s/ Keionna Dickson*_____

                                               Employee of Josephson Dunlap