Esther C. Rodriguez
Nevada State Bar No. 006473
**RODRIGUEZ LAW OFFICES, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
esther@rodriguezlaw.com

Richard J. (Rex) Burch (*Pro Hac Vice*)
Texas State Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Tel: (713) 877-8788
rburch@brucknerburch.com

Michael A. Josephson (*Pro Hac Vice*)
Texas State Bar No. 24014780
Travis J. Grefenstette (*Pro Hac Vice*)
Texas State Bar No. 24120866
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100; Fax: (713) 352-3300
mjosephson@mybackwages.com
tgrefenstette@mybackwages.com

*Counsel for Plaintiffs and the Hourly Employees*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KYLE WIEBEN and AUSTIN STOCKSTILL, Individually and for Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEVADA GOLD MINES LLC,<br><br>Defendant. | Case No. 3:24-cv-00575-MMD-CSD<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE REPLY IN FURTHER SUPPORT OF MOTION FOR CONDITIONAL CERTIFICATION AND NOTICE** |

Plaintiffs Kyle Wieben and Austin Stockstill, individually and for others similarly situated, by and through their undersigned counsel of record, and Defendant Nevada Gold Mines LLC (NGM), by and through its undersigned counsel of record, hereby stipulate and agree that the responsive deadline for Plaintiffs' Reply in Further Support of Motion for Conditional Certification and Notice, which is currently set for October 21, 2025, be extended until November 4, 2025. This extension is needed to permit counsel for Plaintiffs to review NGM's response and extensive records attached as

exhibits to prepare an adequate reply based on all information obtained. This is the first stipulation for extension of time to file this reply.

This stipulation was prepared by counsel for the Plaintiffs with the consent of the Defendant and is made in good faith and not for the purposes of delay.

Dated: October 17, 2025                                             Respectfully submitted,

| **SIMMONS HALL JOHNSTON PC** | **RODRIGUEZ LAW OFFICES P.C.** |
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | **JOSEPHSON DUNLAP LLP** |
| | **BRUCKNER BURCH PLLC** |

*/s/ Jonathan A. McGuire (by permission)*
Anthony L. Hall, Esq.
Jonathan A. McGuire, Esq.
690 Sierra Rose Drive
Rena, Nevada 89511

*Counsel for Defendant Nevada Gold Mines LLC*

*/s/ Travis J. Grefenstette*
Esther C. Rodriguez (Nev. SBN 006473)
Michael A. Josephson
Travis A. Grefenstette
Richard J. (Rex) Burch
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
esther@rodriguezlaw.com

*Counsel for Plaintiffs & the Putative Collective Members*

**ORDER**

**IT IS SO ORDERED.**

Dated this <u>17th</u> day of <u>October</u>, 2025

_____
U.S. District Judge

# CERTIFICATE OF SERVICE

I, Travis J. Grefenstette, declare:

I am employed in the City of Houston, County of Harris, State of Texas by the law offices of Josephson Dunlap, LLP. My business address is 11 Greenway Plaza, Ste 3050, Houston, Texas 77406. I am over the age of 18 years and not a party to this action.

On the below date, I served the foregoing **STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE REPLY IN FURTHER SUPPORT OF MOTION FOR CONDITIONAL CERTIFICATION AND NOTICE** by causing the document to be served via electronic service through the Court's CM ECF electronic filing system, addressed as follows:

Anthony L. Hall, Esq.
Jonathan A. McGuire, Esq.
**SIMONS HALL JOHNSTON PC**
690 Sierra Rose Dr.,
Reno, Nevada 89511
AHall@SHJNevada.com
JMcGuire@SHJNevada.com

Stephen Q. Wood
Alexander S. Allred
Quinn Emanuel Urquhart & Sullivan, LLP
2755 E. Cottonwood Parkway, Suite 250
Salt Lake City, Utah 84121
stephenwood@quinnemanuel.com
alexallred@quinnemanuel.com

*Attorneys for Defendant*
*Nevada Gold Mines, LLC*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on October 17, 2025.

                                                */s/ Travis J. Grefenstette*
                                                Employee of Josephson Dunlap