Esther C. Rodriguez
Nevada State Bar No. 006473
**RODRIGUEZ LAW OFFICES, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
info@rodriguezlaw.com

Richard J. (Rex) Burch *(Pro Hac Vice)*
**BRUCKNER BURCH PLLC**
5847 San Felipe St, Suite 2400
Houston, Texas 77057
Tel: (713) 877-8788
rburch@brucknerburch.com

Michael A. Josephson *(Pro Hac Vice)*
Richard M. Schreiber *(Pro Hac Vice)*
**JOSEPHSON DUNLAP LLP**
5847 San Felipe St, Suite 2400
Houston, Texas 77057
Tel: (713) 352-1100; Fax: (713) 352-3300
mjosephson@mybackwages.com
rschreiber@mybackwages.com

*Counsel for Plaintiff and The Hourly Employees*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| KYLE WIEBEN and AUSTIN STOCKSTILL, Individually and for Others Similarly Situated,<br><br>v.<br><br>NEVADA GOLD MINES LLC | Case No. 3:24-cv-00575-MMD-CSD<br><br>ORDER GRANTING **MOTION TO WITHDRAW ATTORNEY TRAVIS J. GREFENSTETTE** |

Michael A. Josephson of Josephson Dunlap LLP, counsel for Plaintiffs, respectfully requests that Travis J. Grefenstette be withdrawn as counsel for Plaintiffs.

1.  Travis J. Grefenstette listed as a counsel of record in this case.

2.  As of April 17, 2026, Mr. Grefenstette is no longer employed by Josephson Dunlap LLP.

3.  Mr. Grefenstette is no longer practicing plaintiff's wage and hour law.

4.  Mr. Grefenstette no longer represent Plaintiffs in this matter.

5.  This Motion is made in good faith and not for purposes of delay. Withdrawal will not unduly prejudice any party or significantly disrupt the proceedings before this Court.

6.  There is no prejudice to the Defendant, no harm to the administration of justice, or delay to the resolution of the case, as attorneys Esther C. Rodriguez, Michael A. Josephson, Richard M. Schreiber, and Richard J. (Rex) Burch remain and will continue to handle the case. Richard M. Schreiber will be the primary attorney responsible for this matter.

7.  On May 14, 2026, the undersigned served a copy of this motion via email on Plaintiffs Kyle Wieben and Austin Stockstill who confirmed they do not object to the withdrawal of Travis J. Grefenstette.

8.  The undersigned, Rodriguez Law Offices, P.C., Josephson Dunlap LLP, and Bruckner Burch PLLC, will remain counsel of record in this matter.

9.  This Motion is made pursuant to Local Rule LR IA 11-6 of the United States District Court for the District of Nevada.

WHEREFORE, for the reasons stated above, Plaintiffs respectfully request that this court grants this motion, issue an order allowing Travis J. Grefenstette to withdraw as counsel for Plaintiffs, and remove Travis J. Grefenstette from all certificates of service, filings, documents, and notifications related to this case.

MOTION TO WITHDRAW ATTORNEY
*Kyle Wieben, et al. v. Nevada Gold Mines LLC,* Case No. 3:24-cv-00575-MMD-CSD

Date: May 14, 2026                               Respectfully submitted,

                                                 By: /s/ *Michael A. Josephson*
                                                 Michael A. Josephson *(Pro Hac Vice)*
                                                 Richard M. Schreiber *(Pro Hac Vice)*
                                                 **JOSEPHSON DUNLAP LLP**
                                                 5847 San Felipe St, Suite 2400
                                                 Houston, Texas 77057
                                                 Tel: (713) 352-1100
                                                 Fax: (713) 352-3300
                                                 mjosephson@mybackwages.com
                                                 rschreiber@mybackwages.com

                                                 Richard J. (Rex) Burch *(Pro Hac Vice)*
                                                 **BRUCKNER BURCH PLLC**
                                                 5847 San Felipe St, Suite 2400
                                                 Houston, Texas 77057
                                                 Tel: (713) 877-8788
                                                 rburch@brucknerburch.com

                                                 Esther C. Rodriguez (Nev. SBN 006473)
                                                 **RODRIGUEZ LAW OFFICES, P.C.**
                                                 10161 Park Run Drive, Suite 150
                                                 Las Vegas, Nevada 89145
                                                 Tel: (702) 320-8400
                                                 Fax: (702) 320-8401
                                                 info@rodriguezlaw.com

                                                 *Counsel for Plaintiffs & the Hourly Employees*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 15, 2026

MOTION TO WITHDRAW ATTORNEY
*Kyle Wieben, et al. v. Nevada Gold Mines LLC,* Case No. 3:24-cv-00575-MMD-CSD