Esther C. Rodriguez
Nevada State Bar No. 006473
**RODRIGUEZ LAW OFFICES, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
info@rodriguezlaw.com

Richard J. (Rex) Burch
Texas State Bar No. 24001807
**BRUCKNER BURCH PLLC**
5847 San Felipe St., Ste 2400
Houston, TX 77057
Tel: (713) 877-8788
rburch@brucknerburch.com

Michael A. Josephson
Texas State Bar No. 24014780
Richard M. Schreiber
Texas State Bar No. 24056278
**JOSEPHSON DUNLAP LLP**
5847 San Felipe St., Ste 2400
Houston, TX 77057
Tel: (713) 352-1100; Fax: (713) 352-3300
mjosephson@mybackwages.com
rschreiber@mybackwages.com

*Attorneys for Plaintiff and Hourly Employees*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

KYLE WIEBEN and AUSTIN STOCKSTILL, Individually and On Behalf of Others Similarly Situated,

Plaintiffs,

vs.

NEVADA GOLD MINES LLC,

Defendant.

**Case No. 3:24-cv-00575-MMD-CSD**

**PLAINTIFFS' MOTION TO WITHDRAW OLIVIA R. BEALE AS COUNSEL OF RECORD AND FOR REMOVAL FROM ELECTRONIC SERVICE NOTIFICATIONS**

Michael Josephson of Josephson Dunlap, LLP, counsel for Plaintiffs, respectfully requests that Olivia R. Beale be withdrawn as counsel for Plaintiffs and directing the clerk to remove Ms. Beale from the CM/EMF electronic service list for this case.

1. Ms. Olivia R. Beale is currently reflected in the Court's records as counsel of record and/or is associated with this matter through the Court's CM/ECF system.
2. As of April 17, 2026, Ms. Olivia R. Beale is no longer employed by Josephson Dunlap LLP.
3. Ms. Olivia R. Beale no longer represents Plaintiffs in this matter.

4. The undersigned, Josephson Dunlap LLP, Rodrigues Law Offices, P.C. and Bruckner Burch PLLC will remain counsel of record in this matter.

5. Ms. Olivia R. Beale should be removed from all certificates of service, filings, documents, and notifications related to this case.

WHEREFORE, for the reasons stated above, Plaintiffs respectfully request that this Court grant this Motion.

Date: July 28, 2026

Respectfully submitted,

*/s/ Michael A. Josephson*
Michael A. Josephson
Texas State Bar No. 24014780
Richard M. Schreiber
Texas State Bar No. 24056278
**JOSEPHSON DUNLAP LLP**
5847 San Felipe St., Ste 2400
Houston, TX 77057
Tel: (713) 352-1100; Fax: (713) 352-3300
mjosephson@mybackwages.com
rschreiber@mybackwages.com

Esther C. Rodriguez (Bar No. 006473)
**RODRIGUEZ LAW OFFICES, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400
Fax: (702) 320-8401
esther@rodriguezlaw.com

Richard J. (Rex) Burch
**BRUCKNER BURCH PLLC**
5847 San Felipe St., Ste 2400
Houston, TX 77057
Tel: (713) 877-8788
rburch@brucknerburch.com

*Counsel for Plaintiff and Putative Collective Members*

IT IS SO ORDERED.

United States Magistrate Judge

DATED: July 29, 2026