**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KYLE WIEBEN and AUSTIN STOCKSTILL, Individually and on Behalf of Others Similarly Situated,

Plaintiffs

v.

NEVADA GOLD MINES, a Delaware Limited Liability Company,

Defendant

Case No.: 3:24-cv-00575-MMD-CSD

**Order**

Re: ECF No. 96

The parties submitted and the court approved a stipulated discovery plan and scheduling order on July 20, 2026. (ECF Nos. 88, 89.) On August 18, 2026, Defendant filed a proposed confidentiality and qualified protective order, noting that the parties were unable to agree on a sentence in paragraph 3 of the confidentiality and qualified protective order regarding whether certain pay and time records would or would not be confidential. (ECF No. 96.)

If not a stipulation, this should have been styled as a motion for protective order to trigger the filing of a response by Plaintiffs. The court will construe it as a motion for protective order. Plaintiffs have up to and including **September 2, 2026**, to file a response. Defendant will have 7 days from the date the response is served to file a reply brief.

**IT IS SO ORDERED**.

Dated: August 19, 2026

Craig S. Denney
United States Magistrate Judge